# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VARIO FORRESTE,<br><br>                    Petitioner,<br><br>     v.<br><br>PATRICK DIVVER, *et al.*,<br><br>                    Respondents. | Case No. 26-cv-00139-BAS-DEB<br><br>**ORDER:**<br><br>**(1) REQUIRING THE GOVERNMENT TO RESPOND TO PETITION FOR WRIT OF HABEAS CORPUS (ECF No. 1); AND**<br><br>**(2) SETTING HEARING ON PETITION** |

Petitioner Vario Forreste filed a Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (ECF No. 1.) In his Petition, Petitioner claims that he is being detained by Immigration and Customs Enforcement ("ICE") in violation of the Fifth Amendment. (*Id.*)

Having reviewed the Petition, the Court finds summary dismissal is unwarranted at this time. *See Kourteva v. INS*, 151 F. Supp. 2d 1126, 1128 (N.D. Cal. 2001) ("Summary dismissal is appropriate only where the allegations in the petition are vague or conclusory,

palpably incredible, or patently frivolous or false."). Therefore, the Court will order the Government to respond to the Petition and set a hearing.

Accordingly, the Court **ORDERS** as follows:

1. The Government must file a response to the Petition no later than **January 21, 2026**. The Government's response must address the allegations in the Petition and must include any documents relevant to the determination of the issues raised in the Petition.

2. Petitioner may file a reply in support of his Petition no later than **January 27, 2026**.

3. The parties must appear in Courtroom 12B on **January 30, 2026**, at **11:30 a.m.** for a hearing on the Petition.

4. The Clerk of Court shall provide the Civil Division of the U.S. Attorney's Office with a copy of the Petition (ECF No. 1) and this Order.

**IT IS SO ORDERED.**

**DATED: January 14, 2026**

*[signature: Cynthia Bashant]*

**Hon. Cynthia Bashant, Chief Judge
United States District Court**