

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Vario Forreste

**Civil Action No.** 26-cv-00139-BAS-DEB

**Petitioner ,**

**V.**

See Attachment

**JUDGMENT IN A CIVIL CASE**

**Respondent .**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

Oral Argument Hearing held on 1/30/2026. For the reasons stated on the record, the Court denies Petition for Writ of Habeas Corpus. This case is hereby closed.

**Date:**          1/30/26

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/  M.Williams

M.Williams, Deputy

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** <u>26-cv-0139-BAS-DEB</u>

Respondent: Patrick Divver, Field Office Director of Enforcement and Removal Operations, San Diego Field Office, Immigration and Customs Enforcement; Kristi Noem, Secretary, U.S. Department of Homeland Security; U.S. Department of Homeland Security; Pamela Bondi, U.S. Attorney General; Executive Office for Immigration Review; Christopher J. Larose, Warden of Otay Mesa Detention Center;